```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                           CASE NO. 08 B 21450
   JOHN ROBERT BESKE
                                                 CHAPTER 13

                                                 JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-7805

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/15/2008 and was not confirmed.

     The case was dismissed without confirmation 10/20/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
BANK UNITED FSB        SECURED NOT I        .00           .00            .00
BANK UNITED FSB        CURRENT MORTG        .00           .00            .00
CHASE BANK USA         UNSECURED         279.81           .00            .00
PRO SE DEBTOR          DEBTOR ATTY          .00                          .00
TOM VAUGHN             TRUSTEE                                           .00
DEBTOR REFUND          REFUND                                            .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                                .00

PRIORITY                                                        .00
SECURED                                                         .00
UNSECURED                                                       .00
ADMINISTRATIVE                                                  .00
TRUSTEE COMPENSATION                                            .00
DEBTOR REFUND                                                   .00
                                ---------------         ---------------
TOTALS                                 .00                      .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 01/27/09                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```